■ ALBERT R. BOWMAN, as Administrator of the Estate of CONNIE C. BOWMAN, Deceased, Respondent, v ERIE COUNTY MEDICAL CENTER CORPORATION, Appellant. [29 NYS3d 836]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered March 16, 2015. The order granted the application of claimant for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Peradotto, Lindley, NeMoyer and Scudder, JJ.